IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 DEC 14 AM 8:32
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

LEONIDAS MIXON,

        Plaintiff,

-vs-

        Case No. A-17-CA-587-SS

AMERICAN UNITED LIFE INSURANCE COMPANY,

        Defendant.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Joint Motion to Dismiss [#22] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Joint Motion to Dismiss [#22] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

    IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the _13th_ day of December 2017.

_____Sam Sparks_____
UNITED STATES DISTRICT JUDGE